**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

**MAURICE CRAWLEY,**

        **Plaintiff,**

vs.                         **Civil Action No.: 5:17-cv-1389 (DNH/TWD)**

**CITY OF SYRACUSE, POLICE OFFICER VALLON SMITH,** *In His Individual Capacity,* **CHIEF OF POLICE FRANK FOWLER,** *In His Individual Capacity,* **and DOES 1-200,**

        **Defendants.**

## JOINT STATUS REPORT

Plaintiff files this Joint Status Report pursuant to the Court's Order following the Status Conference hearing on July 11, 2018. The parties hereby report the following:

1. The parties have complied with the Court's previous deadline to respond to each other's discovery;
2. The parties are currently conferring on the impact of Judge Hurd's decision on discovery that remains, including finalizing scheduling depositions of Mr. Crawley and Officer Smith in early September, in light of the trial in the *Grant v. City of Syracuse* matter in early October;
3. The parties have agreed to schedule the mediation shortly after depositions in September; and
4. The parties anticipate being able to comply with the September 24 deadline for mediation.

- 2 -

Dated: August 10, 2018                **RESPECTFULLY SUBMITTED**
                                                                                       **LAW OFFICES OF BONNER & BONNER**

                                                                                       <u>/s/ Charles A. Bonner</u>
                                                                                       CHARLES A. BONNER
                                                                                       ATTORNEY FOR PLAINTIFF