

**JOHN G. POWERS**
jpowers@hancocklaw.com

October 1, 2018

**VIA ECF**

Hon. Thérèse W. Dancks
United States Magistrate Judge
Federal Building & U.S. Courthouse
Syracuse, New York 13261

      Re:    *Crawley v. City of Syracuse*, **5:17-CV-1389 (DNH/TWD)**

Dear Judge Dancks:

      This letter is submitted as a joint status report on depositions and mediation. *See* Dkt. No. 36, Text Order.

      On September 19, 2018 Maurice Crawley and Officer Vallon Smith were deposed at Hancock Estabrook's offices. The parties thereafter participated in mediation with William Pease. As indicated in Dkt. No. 40, the case did not settle.

      The parties will continue to endeavor to complete the remainder of discovery for this case in a courteous and timely fashion.

      Please let me know if you have any questions.

                            Respectfully Submitted,

                              HANCOCK ESTABROOK, LLP

                              *s/ John G. Powers*
                              John G. Powers

*cc*:    All counsel of record via ECF.

{H3435659.1}