AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| Maurice Crawley | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 5:17-cv-1389 (DNH/TWD) |
| City of Syracuse et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

City of Syracuse, Police Officer Vallon Smith and Chief of Police Frank Fowler

Date:   03/13/2019

*Attorney's Signature*

Chrisitina F. DeJoseph, Bar Roll #: 514784
*Printed name and bar number*

Office of the Corporation Counsel - City of Syracuse
233 East Washington Street, Rm 300
Syracuse, New York 13202

*Address*

cdejoseph@syrgov.net
*E-mail address*

(315) 448-8400
*Telephone number*

(315) 448-8381
*FAX number*