LAW OFFICES OF BONNER & BONNER
475 GATE FIVE RD., SUITE 212
SAUSALITO, CA 94965

PHONE: 415-331-3070
FAX: 415-331-2738

April 26, 2019

**VIA ECF**

Hon. Thérèse W. Dancks
United States Magistrate Judge
Federal Building & U.S. Courthouse
Syracuse, New York 13261

      RE:    **Crawley v. City of Syracuse, 5:17-CV-1389 (DNH/TWD)**

Dear Judge Dancks:

This joint request is submitted on behalf of Plaintiff Maurice Crawley and Defendants City of Syracuse, Officer Vallon Smith, and Chief Frank Fowler to respectfully request that the current April 26, 2019 discovery deadline be extended until June 26, 2019, discovery motion deadline be extended to July 3, 2019, and dispositive motion deadline be extended to August 21, 2019.

Though the parties have worked together cooperatively to complete most of the written discovery and party depositions, certain discovery-related tasks remain to be completed including the completion expert depositions. The parties have already exchange expert disclosures based on the Court's prior order (ECF 43).

Pursuant to the Court's prior order (CDF 43) the parties make this request prior to the expiration of the prior discovery deadline.

The parties thank you for your consideration of this request. Please let me know if you have any questions.

      Very truly yours,

      **LAW OFFICES OF BONNER AND. BONNER**

      */S/ A. Cabral BOnner*
      A. CABRAL BONNER